UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD ROBBEN,<br><br>       Plaintiff,<br><br>   v.<br><br>EL DORADO COUNTY, et al.,<br><br>       Defendants. | No.  2:16-cv-2695 MCE KJN P |
| TODD ROBBEN,<br><br>       Plaintiff,<br><br>   v.<br><br>CITY OF SOUTH LAKE TAHOE, et al.,<br><br>       Defendants. | No.  2:16-cv-2696 WBS EFB P |
| TODD ROBBEN,<br><br>       Plaintiff,<br><br>   v.<br><br>EL DORADO COUNTY, et al.,<br><br>       Defendants. | No.  2:16-cv-2697 JAM KJN P |

1

| | |
|---|---|
| TODD ROBBEN,<br><br>        Plaintiff,<br><br>  v.<br><br>EL DORADO COUNTY, et al.,<br><br>        Defendants. | No. 2:16-cv-2698 JAM CMK P |
| TODD ROBBEN,<br><br>        Plaintiff,<br><br>  v.<br><br>GLENN NORLING,<br><br>        Defendant. | No. 2:16-cv-2699 WBS EFB P |
| TODD ROBBEN,<br><br>        Plaintiff,<br><br>  v.<br><br>CALAVERAS COUNTY SUPERIOR COURT, et al.,<br><br>        Defendants. | No. 2:16-cv-2884 JAM CMK P |
| TODD ROBBEN,<br><br>        Petitioner,<br><br>  v.<br><br>JOHN D'AGOSTINI,<br><br>        Respondent. | No. 2:16-cv-2742 CMK P |

ORDER

The court has received the Notice of Related Cases concerning the above-captioned cases filed December 15, 2016. <u>See</u> Local Rule 123. The court has, however, determined that it is inappropriate to relate and reassign the cases set forth above,[1] and therefore declines to do so.

---

[1] Plaintiff also sought to relate <u>Robben v. D'Agostini</u>, No. 2:16-cv-2723 JAM GGH P (petition for writ of mandamus). However, on January 5, 2017, case no. 2:16-cv-2723 JAM GGH was

1   IT IS SO ORDERED.

2   Dated: January 26, 2017

![signature]

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/robben.862

---

28  terminated pursuant to plaintiff's notice of voluntary dismissal.  <u>Id.</u>, ECF No. 8.