UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD ROBBEN,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>EL DORADO COUNTY, et al.,<br><br>　　　　　　Defendants. | No. 2:16-cv-2697 JAM KJN P<br><br><br>ORDER |

Plaintiff was formerly housed at the Rio Cosumnes Correctional Center, but has been transferred to the El Dorado County Jail. On September 19, 2017, plaintiff filed a motion to stay this action based on his claim that the "Sacramento Sheriff destroyed legal papers and took away legal supplies on a 'shake-down' of plaintiff on 9-12-17, 9-13-17, and 9-14-17." (ECF No. 24 at 1.) Plaintiff claims that on September 18, 2017, he will begin trial in Case No. P17CRF0114 in the Sacramento County Superior Court. (Id.) He "requests a stay of proceedings until further notice." (Id.)

Sacramento County Superior Court records reflect that plaintiff's jury trial was completed inasmuch as his case was referred to probation for an original report on September 25, 2017, and a "probation hearing and judgment and sentencing" is set for 9:00 a.m. on October 27, 2017.[1]

---

[1] The court may take judicial notice of facts that are "not subject to reasonable dispute because it . . . can be accurately and readily determined from sources whose accuracy cannot

1

Given plaintiff's return to the El Dorado County Jail, his claims concerning issues at the Sacramento County facility are now moot. Plaintiff's motion for stay is denied without prejudice. In an abundance of caution, plaintiff is granted an additional fourteen days to comply with the September 26, 2017 order. Failure to timely comply with this order will result in the dismissal of this action. (ECF No. 25 at 2.)

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion (ECF No. 24) is denied without prejudice;

2. Within fourteen days from the date of this order, plaintiff shall comply with the September 26, 2017 order by filing an amended complaint or a request to voluntarily dismiss this action without prejudice; and

3. The Clerk of the Court shall re-serve a copy of the September 26, 2017 order (ECF No. 25) on plaintiff at the El Dorado County Jail.

Dated: October 13, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/robb2697.stayd

---

reasonably be questioned," Fed. R. Evid. 201(b), including undisputed information posted on official websites. Daniels-Hall v. National Education Association, 629 F.3d 992, 999 (9th Cir. 2010). It is appropriate to take judicial notice of the docket sheet of a California court. White v. Martel, 601 F.3d 882, 885 (9th Cir. 2010). The address of the official website of the Sacramento Superior Court is https://services.saccourt.ca.gov/PublicCaseAccess.