UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD ROBBEN,<br><br>    Plaintiff,<br><br>    v.<br><br>EL DORADO COUNTY, et al.,<br><br>    Defendants. | No. 2:16-cv-2697 JAM KJN P<br><br>ORDER AND FINDINGS AND RECOMMENDATIONS |

    Plaintiff is a state prisoner, proceeding pro se. On June 8, 2017, plaintiff's complaint was dismissed with leave to amend. Following multiple extensions of time, by order filed November 8, 2017, plaintiff's motion for stay was partially granted, and this action was stayed for 90 days. Plaintiff was ordered to file a motion to lift the stay, accompanied by his proposed amended complaint within 90 days, and cautioned that his failure to comply would result in a recommendation that this action be dismissed without prejudice. Ninety days have now passed, and plaintiff has not filed a motion to lift the stay, and has not submitted a proposed amended complaint.

    Accordingly, IT IS HEREBY ORDERED that the stay of this action (ECF No. 29) is lifted; and

////

////

1

IT IS RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: February 21, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

robb2697.lft.fta

2